# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-13-00048-CV

**In re: The Estate of Carolyn C. Hardesty, Deceased**

(No. 2010-PR01500-2-A IN PROBATE COURT NO. 2 OF TARRANT COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | JENNIFER N SALINAS |
| MOTION FEE | $10.00 | E-PAID | P.J. HAMILTON |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | P.J. HAMILTON |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | KARI NORTON |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | JENNIFER N SALINAS |
| MOTION FEE | $10.00 | E-PAID | KARI NORTON |
| SUPPLEMENTAL CLERK'S RECORD | $102.00 | PAID | WINSTEAD PC |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | JAMES C MOSSER |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | JAMES C MOSSER |
| SUPPLEMENTAL CLERK'S RECORD | $45.00 | PAID | MOSSER LAW, PLLC |
| MOTION FEE | $10.00 | E-PAID | NICHOLAS D MOSSER |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | NICHOLAS D MOSSER |
| SUPP REPORTER'S RECORD | $100.00 | PAID | MOSSER LAW, PLLC |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | JENNIFER N SALINAS |
| MOTION FEE | $10.00 | E-PAID | JENNIFER N SALINAS |
| SUPP CLERK'S RECORD | $70.00 | PAID | MOSSER LAW, PLLC |
| MOTION FEE | $10.00 | E-PAID | JAMES C MOSSER |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | JAMES C MOSSER |
| CLERK'S RECORD | $663.00 | PAID | MOSSER LAW, PLLC |
| REPORTER'S RECORD | $1,055.82 | PAID | MOSSER LAW, PLLC |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | TRANSFER | SCOTT FRANKLIN |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | TRANSFER | KARI NORTON |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | TRANSFER | JENNIFER N. SALINAS |
| FILING | $100.00 | TRANSFER | JENNIFER N. SALINAS |
| MOTION FEE | $10.00 | TRANSFER | SCOTT FRANKLIN |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | TRANSFER | JENNIFER N. SALINAS |
| INDIGENCY FEE | $25.00 | TRANSFER | JENNIFER N. SALINAS |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this February 5, 2015.

**DEBRA AUTREY, CLERK**

By _____

Deputy